**FILED**
MAR 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   '08 MJ 8200

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>Martin Jesús BANDA-Gaxiola,<br><br>        Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT I

On or about March 3, 2008, within the Southern District of California, defendant Martin Jesús BANDA-Gaxiola did knowingly and intentionally import approximately .60 kilograms (1.32 pounds) of cocaine a Schedule II Controlled Substance into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//
//

COUNT II

On or about March 3, 2008, within the Southern District of California, defendant Martin Jesús BANDA-Gaxiola did knowingly and intentionally import approximately .54 kilograms (1.18 pounds) of methamphetamine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rafael Silva, Special Agent
Immigration and Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5TH DAY OF MARCH 2008.

PETER C. LEWIS
U. S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.

**Martin Jesús BANDA Gaxiola**

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Rafael Silva.

On March 3, 2008, at approximately 1906 hours, Martin Jesús BANDA Gaxiola entered the United States at the Calexico, California, East Port of Entry. BANDA was the driver and sole occupant of a 2005 Nissan Altima.

BANDA approached lane 7, manned by CBP Officer Vega. During routine border inspection questioning, BANDA gave a negative Customs declaration. CBP Officer Vega asked BANDA about the ownership of the vehicle. BANDA stated the vehicle belonged to his aunt's boyfriend. CBP Officer Vega noticed BANDA was avoiding eye contact and was restless in his seat. CBP Officer Vega referred BANDA and the vehicle to the secondary lot for further inspection.

In Secondary inspection, CBP Canine Enforcement Officer Taylor was conducting a lot sweep with his assigned dog, when the dog alerted to the trunk of the vehicle. CBP Officer Ramos then took a negative Customs declaration and asked BANDA if the vehicle belonged to him. CBP Officer Ramos escorted BANDA to the Vehicle Secondary office to conduct a pat down. CBP Officer Ramos noticed the shoes BANDA was wearing were extremely heavy and decided to inspect them closer. CBP Officer Ramos found one package in each shoe. CBP Officer Ramos probed one package and a white powdery substance was obtained, which field-

tested positive for cocaine. The two packages had a combined weight of .60 kilograms (1.32 pounds) of cocaine.

A subsequent inspection of the vehicle revealed two packages concealed inside an additional pair of shoes found inside of BANDA'S suitcase. CBP Officer Ramos probed one of the packages and a sample of a crystal like substance was obtained, which field-tested positive for methamphetamine. The two packages had a combined weight of approximately .54 kilograms (1.18 pounds) of methamphetamine.

BANDA was placed under arrest and advised of his rights per Miranda, which he acknowledged and waived, agreeing to answer questions. BANDA stated to Special Agent Silva he knew his shoes contained drugs. BANDA stated he was to be paid $3,000 dollars to transport the drugs to Hawaii.